1
2
3
4
5
6                          IN THE UNITED STATES DISTRICT COURT

7                       FOR THE EASTERN DISTRICT OF CALIFORNIA

8     UNITED STATES OF AMERICA,           )     Case №: 1:25-MJ-00072-35-SAB
                                          )
9              Plaintiff,                 )          **O R D E R**
                                          )     **APPOINTING COUNSEL**
10             vs.                        )
                                          )
11    HEMIR ALONSO FEVELA                 )
      VELAZQUEZ,                          )
12                                        )
               Defendant.                 )
13

14          The above named Defendant has, under oath, sworn or affirmed as to his financial

15    inability to employ counsel or has otherwise satisfied this Court that he is financially unable to

16    obtain counsel and wishes counsel be appointed to represent him.  Therefore, in the interests of

17    justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

18
19          IT IS HEREBY ORDERED that David A. Torres be appointed to represent the above

20    defendant in this case effective *nunc pro tunc* to June 26, 2025.

21          This appointment shall remain in effect until further order of this court, or until the

22    pending criminal matter and any direct appeal is resolved, whichever is first.

23    IT IS SO ORDERED.

24
25       Dated:   **July 8, 2025**              /s/ Erica P. Grosj_____
                                               UNITED STATES MAGISTRATE JUDGE
26
27
28

-1-